

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2025

No. 04-25-00798-CR

**EX PARTE** Richard William **BECKER**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

Relator filed this original petition for writ of habeas corpus on December 11, 2025. The court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE § 22.221(d). Accordingly, the petition for a writ of habeas corpus is **DISMISSED** for lack of jurisdiction.

It is so **ORDERED** on December 23, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. B19-559, styled *State of Texas v. Richard William Becker*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.